UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICK SMITH,

        Plaintiff,

  v.

DERRAL ADAMS et al,

        Defendant.

Case Number: CV10-00139 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick Smith
T-98778
Corcoran State Prison
PO Box 3481
Corcoran, CA 93212

Dated: January 28, 2010

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk